# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10523-MDC

JOHNNY CRUZ

3509 Englewood Street

Philadelphia, PA 19149

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHNNY CRUZ

    3509 Englewood Street

    Philadelphia, PA 19149

Counsel for debtor(s), by electronic notice only.

    MAGGIE S. SOBOLESKI
    CENTER CITY LAW OFFICES LLC
    2705 BAINBRIDGE STREET
    PHILADELPHIA, PA 19146-

Date: 5/11/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee