**Statement of Earnings For:** JOHNNY CRUZ    **TESCO THE EASTERN SPECIALTY CO**

| Employee #: | 783 | Department: | 800 | Period Begin: | 2/19/2022 | | Check Date: | 3/10/2022 | | 925 Canal Street |
|---|---|---|---|---|---|---|---|---|---|---|
| Clock Number: | | | | Period End: | 3/4/2022 | | Pay Type: | Hourly | | Bristol, PA 19007 |
| Company Id: | 14439 | Federal Filing: | Single | Exemptions: | | | Additional Tax: | | | |
| | | State Filing: | | Exemptions: | | | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4610411 | $0.00 | $1,127.94 | $853.65 | |

### EARNINGS
*Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 301.54 | 3,618.48 |
| Overtime @ 1.5 | 18.0000 | 9.33 | 167.94 | 12.13 | 218.34 |
| Holiday | | 0.00 | 0.00 | 16.00 | 192.00 |
| **Total:** | | **89.33** | **1,127.94** | **329.67** | **4,028.82** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| FEDERAL WH | 107.37 | 272.24 |
| PA WH | 34.63 | 123.69 |
| PHILADELPHIA | 43.31 | 154.70 |
| PA SUI EE | 0.68 | 2.42 |
| BRISTOL OPT | 2.00 | 10.00 |
| SOC SEC EE | 69.94 | 249.79 |
| MED EE | 16.36 | 58.42 |
| **Total:** | **274.29** | **871.26** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### CURRENT PERIOD LEAVE ACCRUAL

| PTO | Accrued: 3.9900 | Taken: 0.00 | Balance 26.72 |
|---|---|---|---|

### DISTRIBUTION OF NET PAY

| Checking | Account: ####2593 | Deposit Amount: | 853.65 |
|---|---|---|---|

TESCO THE EASTERN SPECIALTY CO
925 Canal Street
Bristol, PA 19007

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/10/2022 | V4610411 |

| TOTAL NET PAY |
|---|
| ********$853.65 |

Your entire Net pay of $853.65 has been deposited in your bank account(s).

JOHNNY CRUZ
3509 ENGLEWOOD STREET
PHILADELPHIA, PA 19149

783  800

**NOT NEGOTIABLE**

| Statement of Earnings For: | JOHNNY CRUZ | | | | TESCO THE EASTERN SPECIALTY CO |
|---|---|---|---|---|---|
| Employee #: | 783 | Department: | 800 | Federal Filing: Single | |
| Clock Number: | | Period Begin: | 2/5/2022 | State Filing: | 925 Canal Street |
| Company Id: | 14439 | Period End: | 2/18/2022 | Exemptions: | Bristol, PA 19007 |
| | | Check Date: | 2/24/2022 | Exemptions: | |
| | | Pay Type: | Hourly | Additional Tax: | |
| | | | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4568802 | $0.00 | $568.92 | $443.45 | |

| EARNINGS | | | | | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | YTD Hrs/Units | Dollars | YTD Dollars | | | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.0000 | 44.98 | 539.76 | 221.54 | 2,658.48 | | | SOC SEC EE | 35.27 | 179.85 | | | |
| Overtime @ 1.5 | 18.0000 | 1.62 | 29.16 | 2.80 | 50.40 | | | MED EE | 8.25 | 42.06 | | | |
| Holiday | | 0.0 | 16.00 | 0.00 | 192.00 | | | FEDERAL WH | 40.29 | 164.87 | | | |
| | | | | | | | | PA WH | 17.47 | 89.06 | | | |
| | | | | | | | | PHILADELPHIA | 21.85 | 111.39 | | | |
| | | | | | | | | PA SUI EE | 0.34 | 1.74 | | | |
| | | | | | | | | BRISTOL OPT | 2.00 | 8.00 | | | |
| Total: | | 46.60 | 568.92 | 240.34 | 2,900.88 | | Total: | | 125.47 | 596.97 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|
| PTO | Accrued: 0.0000 | Taken: 0.00 | Balance 22.73 | | Account: ####2593 Checking | Deposit Amount: | 443.45 |

JOHNNY CRUZ
783 800
3509 ENGLEWOOD STREET
PHILADELPHIA, PA 19149

Your entire Net pay of $443.45 has been deposited in your bank account(s).

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/24/2022 | V4568802 |

| TOTAL NET PAY |
|---|
| ********$443.45 |

NOT NEGOTIABLE

TESCO THE EASTERN SPECIALTY CO
925 Canal Street
Bristol, PA 19007

**NOT NEGOTIABLE**

JOHNNY CRUZ
3509 ENGLEWOOD STREET
PHILADELPHIA, PA 19149

783  800

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/10/2022 | V4508682 |

| TOTAL NET PAY |
|---|
| ********$670.86 |

TESCO THE EASTERN SPECIALTY CO
925 Canal Street
Bristol, PA 19007

| Statement of Earnings For: | **JOHNNY CRUZ** | | | | | | | **TESCO THE EASTERN SPECIALTY CO** | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 783 | | Department: | 800 | Period Begin: | 1/22/2022 | Check Date: | 2/10/2022 | 925 Canal Street |
| Clock Number: | | | Federal Filing: | Single | Period End: | 2/4/2022 | Pay Type: | Hourly | Bristol, PA 19007 |
| Company Id: | 14439 | | State Filing: | | Exemptions: | | Additional Tax: | | |
| | | | | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4508682 | $0.00 | $878.82 | $670.86 | |

| EARNINGS | | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD | |
| Regular | 12.0000 | 72.53 | 870.36 | 176.56 | 2,118.72 | SOC SEC EE | 54.49 | 144.58 | | | | |
| Overtime @ 1.5 | 18.0000 | 0.47 | 8.46 | 1.18 | 21.24 | MED EE | 12.74 | 33.81 | | | | |
| Holiday | 0.0000 | 0.0 | 0.00 | 16.00 | 192.00 | FEDERAL WH | 77.48 | 124.58 | | | | |
| | | | | | | PA WH | 26.98 | 71.59 | | | | |
| | | | | | | PHILADELPHIA | 33.74 | 89.54 | | | | |
| | | | | | | PA SUI EE | 0.53 | 1.40 | | | | |
| | | | | | | BRISTOL OPT | 2.00 | 6.00 | | | | |
| **Total:** | | 73.00 | 878.82 | 193.74 | 2,331.96 | **Total:** | 207.96 | 471.50 | **Total:** | 0.00 | 0.00 | |

| CURRENT PERIOD LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|
| PTO | Accrued: 0.0000 | Taken: 0.00 | Balance 22.73 | Checking | Account: ####2593 | Deposit Amount: 670.86 |

JOHNNY CRUZ
783 800
3509 ENGLEWOOD STREET
PHILADELPHIA, PA 19149

TESCO THE EASTERN SPECIALTY CO
925 Canal Street
Bristol, PA 19007

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/27/2022 | V446364B |

| TOTAL NET PAY |
|---|
| ********$767.53 |

NOT NEGOTIABLE

---

Statement of Earnings For: **JOHNNY CRUZ**   TESCO THE EASTERN SPECIALTY CO

| Employee #: | 783 | Department: | 800 | Period Begin: | 1/8/2022 | Check Date: | 1/27/2022 | 925 Canal Street |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Clock Number: | | Federal Filing: | Single or | Period End: | 1/21/2022 | Pay Type: | Hourly | Bristol, PA 19007 |
| Company Id: | 14439 | State Filing: | | Exemptions: | 0 | Additional Tax: | | |
| | | | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V446364B | $0.00 | $956.46 | $767.53 | |

### EARNINGS *Not included in Totals | | | | | | TAXES | | | DEDUCTIONS | | |

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 12.0000 | 78.64 | 943.68 | 104.03 | 1,248.36 | SOC SEC EE | 59.30 | 90.09 | | | |
| Overtime @ 1.5 | 18.0000 | 0.71 | 12.78 | 0.71 | 12.78 | MED EE | 13.87 | 21.07 | | | |
| Holiday | | 0.0 | 0.00 | 16.00 | 192.00 | FEDERAL WH | 47.10 | 47.10 | | | |
| | | | | | | PA WH | 29.36 | 44.61 | | | |
| | | | | | | PHILADELPHIA | 36.73 | 55.80 | | | |
| | | | | | | PA SUI EE | 0.57 | 0.87 | | | |
| | | | | | | BRISTOL OPT | 2.00 | 4.00 | | | |
| **Total:** | | 79.35 | 956.46 | 120.74 | 1,453.14 | **Total:** | 188.93 | 263.54 | **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL | | | DISTRIBUTION OF NET PAY | |

| | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 22.73 | Checking | Account: ####2593 | Deposit Amount: | 767.53 |
|---|---|---|---|---|---|---|---|---|---|---|
| PTO | | | | | | | | | | |