United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 22-10523-mdc

Johnny Cruz                                                                                  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2
Date Rcvd: Jun 23, 2022                    Form ID: pdf900                              Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Johnny Cruz, 3509 Englewood Street, Philadelphia, PA 19149-1613 |
| 14673188 | + | PENNSYLVANIA HOUSING AND FINANCE AGENCY, U.S. BANK NAT'L ASSOC. C/O KML LAW GROUP, 701 MARKET STREET/ SUITE 500, Philadelphia, PA 19106-1538 |
| 14684503 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14684605 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14695438 | + | Philadelphia Gas Works, 800 West Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14673189 | + | U.S. BANK NATIONAL ASSOC. AND PHFA, C/O KML LAW GROUP, 701 MARKET STREET SUITE 500, Philadelphia, PA 19106-1538 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 23 2022 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14696711 | + Email/Text: blegal@phfa.org | Jun 23 2022 23:47:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2022                          Signature:          /s/Gustava Winters

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Jun 23, 2022                          Form ID: pdf900                          Total Noticed: 9

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor Johnny Cruz msoboles@yahoo.com  3532@notices.nextchapterbk.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          Chapter 13
JOHNNY CRUZ


                        Debtor            **Bankruptcy No.** 22-10523-MDC

# O R D E R

       **AND NOW**, this ___23rd___ day of _____June_____ 2022, upon consideration of the Motion
to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby
**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.


       **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from
payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a
Motion for Alternative Disbursement within 21 days of the entry of this Order.



_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge


Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MAGGIE S. SOBOLESKI
CENTER CITY LAW OFFICES LLC
2705 BAINBRIDGE STREET
PHILADELPHIA, PA 19146-


Debtor:
JOHNNY CRUZ

3509 Englewood Street

Philadelphia, PA 19149